Mark O. Roberts and
Nack & Nack, for appellant; Mark O. Roberts, of counsel; O'Connor,
Thomas & O'Connor and Manus & Manus, Richard W. Orton and Ralph
M. Eaton, for certain appellees. Opinion by JUSTICE DOVE. **Not to be
published in full.** Opinion filed February 21, 1950; released for publication March 13, 1950.

## Harley T. Thacker and Swift and Company, Appellees, v. Ben. L. Hammer, Appellant.

**Gen. No. 10,383.**

Bull, Yost & Ludens, for appellant; Karl
Yost, of counsel; Besse & Besse, for appellees; Kennard J. Besse and
L. Vernon Frye, of counsel. Opinion by JUSTICE BRISTOW. **Not to be
published in full.** Opinion filed February 24, 1950; released for publication March 15, 1950.